

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00311-CR

Rafael Tellez **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9933
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on August 21, 2015. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 21, 2015. On September 16, 2015, the appellant filed a motion requesting an additional extension of time to file the brief until October 21, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by October 21, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court